No. 98, Misc. CARROLL *v.* BETO, CORRECTIONS DIRECTOR, *ante,* p. 854;

No. 243, Misc. RODES *v.* MUNICIPAL AUTHORITY OF THE BOROUGH OF MILFORD, *ante,* p. 861;

No. 295, Misc. BASS *v.* UNITED STATES, *ante,* p. 863; and

No. 483, Misc. LEWIS *v.* AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, AFL–CIO, *ante,* p. 866.   Petitions for rehearing denied.

No. 171.  IMPERIAL REFINERIES OF MINNESOTA, INC. *v.* CITY OF ROCHESTER, *ante,* p. 4.   Petition for rehearing denied.   THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 316.  POWELL *v.* NATIONAL SAVINGS & TRUST Co., *ante,* p. 849.   Petition for rehearing denied.   THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition.

NOVEMBER 25, 1969

No. ——.  ADAMS ET AL. *v.* BOARD OF REGENTS OF FLORIDA ET AL.   D. C. M. D. Fla.   Application for writ of injunction presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.   *Melvin L. Wulf* for applicants.

No. 879.  COUNTY OF SANTA BARBARA ET AL. *v.* MALLEY ET AL.   C. A. 9th Cir.   Application for injunction pending appeal, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.   Certiorari denied. MR. JUSTICE DOUGLAS and MR. JUSTICE HARLAN took no part in the consideration or decision of this application and petition.   *John J. Mitchell, Jr.,* and *Marvin Levine*